**Stephen Artemus CHRISTIAN,
Petitioner—Appellant,**

v.

**Rick JACKSON, Superintendent,
Respondent—Appellee.**

No. 04–6646.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2004.

Decided: July 2, 2004.

Bruce Tracy Cunningham, Jr., the Law Office of Bruce T. Cunningham, Jr., Southern Pines, North Carolina, for Appellant.

Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Artemus Christian seeks to appeal the magistrate judge's order dismissing his petition under 28 U.S.C. § 2254 (2000).* We have independently reviewed the record and conclude that Christian has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).